In the United States District Court of Eastern Michigan

I.

A.

The Plaintiff, ProSe

Robert Abraham Clark,  ss:___-__- 2318

431 Kuwili St.

Honolulu HI 96817

808 258 5950

bobbysworld606606@gmail.com

Case: 2:26-cv-10703
Assigned To : Drain, Gershwin A.
Referral Judge: Patti, Anthony P.
Assign. Date : 2/26/2026
Description: Clark v. Clark, et al (tt)

Vs

B.

Defendants

Carey Wilhelm Clark

 6485 Dixie Highway Clarkston, MI 48346

 248) 625-9500

Tom Wilhelm

6485 Dixie Highway Clarkston, MI 48346

248) 625-9500

II.

A.

Basis

Diversity

6th and 14th Amendments

Complaint for damages from the owners-operators of Wilhelm Realtors, www.wilhelmrealtors.com for Causing early death to Plaintiffs Father, John Robert Clark. Coercing Plaintiff and Plaintiffs Father into signing over 5000 shares of chase bank stock prior to John Roberts death and Fabricating fraudulent land ownership documents adjusting property acreage and claiming the Wilhelm's were the owners of Plaintiffs Estate and surrounding 3 ½ acres that was not theirs at 1032 and 1009 Grange Hall rd. Fenton MI. Documents Will be subpoena if Defendants are reluctant to meet plaintiff Relief.

III.

On or about April 20th 2010 about a year after John Robert Clark married Defendant Carey Wilhelm made threats to plaintiff and plaintiffs father John Robert Clark to acquire 5000 shares of chase bank stock. Threats included that she would cause harm towards plaintiff and plaintiffs father If plaintiff did not comply with her requests to sign over the 5000 shares of chase bank stock in front of notary at there Chase bank in Clarkston, Michigan and that she would call the MSP and make fraudulent statements to have plaintiff incarcerated while he was finishing A State parole term for DUI in MI and to cause hardships towards John Robert Clark and Robert Abraham Clark. Out of fear from Wilhelm's statements to cause harm to plaintiff and plaintiffs father Abraham hesitantly complied with Wilhelms demands for him to sign over 5000 shares of chase bank stock worth now over 1.5 million dollars (minus Dividends) in chase bank stock so Defendants would be legal owners of all plaintiffs joint assets with John Robert Clark, before Johns Roberts death.

Plaintiff has solid foundational evidence showing he and his father constructed the house at 1032 from 1990-1994 while making additions until plaintiffs mother Natalie Darzi Clarks Death from cancer in 2007. There are additions dedicated to Nathla Darzi made to the House that have not been finished and plaintiff considers it imperative that he is able to plain and stain the wood flooring John Robert has already precut, located at the Farm for the finishing the hardwood floors to plaintiffs mothers "Flordia Room" addition to his estate. Plaintiff will seek to re-claim ownership in relief.

Carey or Tom Wilhelm removed everything they wanted from the Plaintiffs Estate at 1032, what they could not take with them, they destroyed by gun fire, including a 8-1/2ft mirror that John, Robert and Natalie purchased at auction in the mid-1990s plaintiff recalls the auctioneer announcing that it had came from one of the beetles Castles in England. (mirror is likely still in the home)

Plaintiff asserts that Homes at 1032 and 1009 were constructed and maintained by the plaintiff for the plaintiff to own-occupy and that the Wilhelms claimed ownership over what was not theirs by utilizing Attorneys like Kay Caruso In Clarkston to represent the defendants and the plaintiff in Oakland county probate courts.

Disregarding the actual ownership over all plaintiffs assets gained by the Wilhelms in this estate, When plaintiff confronted attorneys Kay Caruso about errors in probate they advised him to "get a new attorney" Plaintiffs impoverishment's prevented him retaining his own attorney to correct the multi Million dollar errors before this estate, errors Include:

- 1009 Grange Hall rd. Fenton MI. Being sold far under its actual value to detour plaintiff from receiving actual funds a +$250,000.00 Brick Ranch 5000sq ft, House was sold for $85,000.00 likley to friends of the Wilhelms, Estate attorney team.

- A list of over 20 collector cars belonging to Plaintiffs Mother Father Natalie Darzi Clark and John Robert Clark and the Plaintiff.

- 24karat Gold Diamond wedding Band that Plaintiff Abraham Planned his entire life to put on his future wife's hand.  Est value 48k.

- Over 1.4 Mil In Family heirlooms Including; 1917 WW2 Kufic Arabic art artillery shell carved with sacred revelation engravings, est value 1.4mil

It should be noted that plaintiff witnessed numerous occasions of Carey assaulting John Robert causing injuries involving bloodshed to John Robert that were never reported to the MSP. The One instance she was detained, she was released within hours. Plaintiff assumes Carey utilized her brother and connections within Oakland County's Court System avoiding many days of incarceration for DUI's, Disorderly Conduct and Assault.

The Wilhelm team Knowingly and willing conspired to cause direct and indirect harm and caused direct harm to Plaintiffs father John Robert Clark, Plaintiff asserts that his father; farmer John was the healthiest human beings he has ever met. John Robert Never Smoked a day in his life, Seldomly Drank alcohol and was always taking care of business at the farm.

Plaintiff alleges that the Wilhelm brother sister duo knowingly conspired to cause harm to plaintiff and plaintiffs father by boasting there connections within the real estate market and municipalities to trick and lure John into advising plaintiff to comply with there absurd requests for plaintiff to

unwillingly sign over all his shares of chase bank stock prior to John Roberts Strange and sudden Death.

Plaintiff Notes that his deceased mother Nathla Darzi a former school teacher, purchased, accumulated and help maintain John and Roberts assets for plaintiff to live a happy, prosperous life and believes that the sentimental heirlooms belonging to his mother are not likely to be recovered. Also notes the impoverishment caused from the Wilhelms Fraud have subjected plaintiff to live a lower quality of life that has prevent him from achieving his full potential, his worth of self has been lowered as he has not had the funding to surround himself with the 1% of beautiful people that may have favored the Plaintiffs aspirations of spreading love to Aryanias Tribe.

Plaintiff seeks full relief from defendants including dividend interests since the time his stock was unlawfully obtained by the Wilhelms before John Roberts death.

IV. Relief

1. Actual Damages of $2.8 mil USD

   Punitive Damages; pending investigations of stated facts of this case. (Homicide and Creating fraudulent land deeds within Wilhelm Reality group).

2. Re-Claim Ownership over the Homes at 1032 and 1009 Grange Hall rd. Fenton MI 48430 or Equal Market Value.

Signed by,

ABRAHAM on 2/26/1026 @ 12:00 PacificTime

Robert Abraham Clark, 431 Kuwili St. Honolulu, HI 96817

E:bobbysworld606606@gmail.com p:8082855950

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Robert Abraham Clark

**DEFENDANTS**
Carey Wilhelm, Tom Wilhelm

**(b)** County of Residence of First Listed Plaintiff: HI
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Oakland
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
ProSe

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [x] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [x] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT
[x] 470 Racketeer Influenced and Corrupt Organizations

## V. ORIGIN
[x] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: 470
Brief description of cause: ReClaim Assets, PFI Homicide and Fradulent Land Ownership Documents

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ 2,800,000.00
- JURY DEMAND: [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY
JUDGE: ___  DOCKET NUMBER: ___

DATE: 2/26/2026
SIGNATURE OF ATTORNEY OF RECORD: ABRAHAM

FOR OFFICE USE ONLY
RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___